**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | ) ) ) MDL No. 1:15-md-2657-FDS ) |
| **This Document Relates To:** | ) ) ) ) |
| NANCY RAJ, Individually and o/b/o her son, S.R., a minor<br><br>PLAINTIFFS,<br><br>  v.<br><br>GLAXOSMITHKLINE LLC<br><br>DEFENDANT. | ) ) ) ) **SHORT FORM COMPLAINT** ) **AND JURY DEMAND** ) **BRAND ZOFRAN® USE** ) ) ) ) ) ) |

## MASTER SHORT FORM COMPLAINT AND JURY DEMAND BRAND ZOFRAN® USE

Plaintiffs incorporate by reference Plaintiffs' Brand Long Form Master Complaint and Jury Demand filed in *In Re Zofran® Products Liability Litigation* in the United States District Court for the District of Massachusetts, filed as No. 255 on the Master Docket. Pursuant to Case Management Order No. 14, the following Brand Short Form Complaint encompasses Plaintiffs' claims as adopted from the Brand Master Long Form Complaint in the above-captioned action.

Plaintiffs select and indicate by checking boxes where requested, parties and claims specific to this case. As necessary, Plaintiffs include: (a) additional claims against the Defendant(s) listed in paragraph 1, which are set forth in paragraph 12, and the supporting facts for which are alleged in paragraph 13 or on an additional sheet attached to this Complaint, and/or (b) claims pleaded against additional defendants not listed in the Brand Long Form Master Complaint, which are set forth in paragraph 14 and the supporting facts for which are alleged in paragraph 14 or on an additional sheet attached to this Complaint.

Plaintiffs, by and through counsel, allege as follows:

**I.    DEFENDANTS**

1. Plaintiffs name the following Defendants in this action **[check only those that apply]**:

    ☒  **GLAXOSMITHKLINE LLC**

    ☐  **NOVARTIS PHARMACEUTICALS CORPORATION (FOR CLAIMS ARISING FROM ZOFRAN® INGESTION ON OR AFTER MARCH 23, 2015)**

**II.   PLAINTIFFS**

2. Plaintiffs are bringing these claims:

    ☒  **Individually and on behalf of the minor child; or**

    ☐  **On behalf of the minor child only**

due to injuries caused by prenatal exposure to brand Zofran®, as described in greater detail below.

3. Plaintiff, Nancy Raj, is the **[check all that apply]**:

    ☒  biological mother

    ☐  biological father

    ☐  legal guardian

    ☐  personal representative of the Estate

of minor child SR, (initials only) and is an individual who is domiciled at 1420 Trevino Dr, Arlington, Texas 76104.

4. Plaintiff, _____, is the **[check all that apply]**:

    ☐  biological mother

    ☐  biological father

☐   legal guardian

☐   personal representative of the Estate

of minor child ____, (initials only) and is an individual who is domiciled at

_____.

5. Minor child  SR  (initials only) was born in   2003      (year only) in  Texas  (state of birth).

### III. ZOFRAN® INGESTION

6. Mother of minor child ingested Zofran® during pregnancy with minor child during the following trimester(s) **[check all that apply]**:

☒ **1ST TRIMESTER**
☒ **2ND TRIMESTER**
☒ **3RD TRIMESTER**

### IV. PRODUCT IDENTIFICATION

7. Plaintiffs allege use of the following form(s) of administration of Zofran® [check all that apply]**:**

☒ **ORAL TABLETS**
☒ **ORALLY DISINTEGRATING TABLET**
☐ **INJECTABLE OR I.V. SOLUTION**
☐ **ORAL SOLUTION**
☐ _____

8. Plaintiffs allege that Zofran® was ingested in the following state(s):  Texas                                                                                                                      .

9. [Complete only for Complaints directly filed in the MDL Court.] Identify the U.S. federal district court and if applicable, the division, in which Plaintiff would have filed in the absence of an MDL   Texas Northern District Court                          .

## V. PHYSICAL INJURY

10. Minor child alleges the following injury(ies) as a result of prenatal exposure to Zofran® [specify all that apply]:   Spine Bifida, and hole on minor's back                          .

11. Plaintiffs allege the following injury(ies) to themselves as a result of minor child's prenatal exposure to Zofran® [specify all that apply]:   Plaintiff, Nancy Raj, has been deprived of the full society, love, affection, companionship, care, and service of her son. Furthermore, she has suffered financial injury that is ongoing.

## VI. CLAIMS/COUNTS

12. The following claims asserted in the Brand Master Long Form Complaint, and the allegations with regard thereto in the Brand Master Long Form Complaint, are adopted in this Short Form Complaint by reference:

| Check if Applicable | Count Number | Claims |
|---|---|---|
| ☒ | I | Negligence |
| ☒ | II | Negligent Misrepresentation |
| ☒ | III | Negligent Undertaking |
| ☒ | IV | Negligence Per Se |
| ☒ | V | Failure to Warn – Strict Liability |
| ☒ | VI | Breach of Express Warranty |
| ☒ | VII | Breach of Implied Warranties |
| ☒ | VIII | Fraudulent Misrepresentation and Concealment |
| ☒ | IX | Violations of Consumer Protection Laws: ORC § 1345.01(Ohio) |
| ☐ | X | Wrongful Death |
| ☐ | XI | Survival Action |
| ☒ | XII | Loss of Consortium |
| ☒ | XIII | Punitive Damages |
| ☐ | XIV | Other(s): [Specify] |

13. If additional claims against the Defendants identified in the Brand Master Long Form Complaint are alleged in paragraph 12, the facts supporting these allegations must be pleaded. Plaintiffs assert the following factual allegations against the Defendants identified in the Brand Master Long Form Complaint:

| N/A |
|---|
|  |
|  |
|  |
|  |
|  |
|  |
|  |

14. Plaintiffs assert the following additional claims and factual allegations against <u>other Defendants</u> (must name defendant and its alleged citizenship):

| N/A |
|---|
|  |
|  |
|  |
|  |

**WHEREFORE,** Plaintiffs pray for relief as set forth in the Plaintiffs' Brand Master Long Form Complaint in *In Re Zofran® Products Liability Litigation* in the United States District Court for the District of Massachusetts.

Dated: June 12, 2017 /s/ Sindhu S. Daniel
*Attorney for Plaintiffs*

**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
sdaniel@baronbudd.com
lymurphy@baronbudd.com